# United States Court of Appeals for the Federal Circuit

---

June 18, 2025

**ERRATA**

---

Appeal Nos. 2023-1674, 2023-1701

**ANCORA TECHNOLOGIES, INC.,**
*Appellant*

**v.**

**ROKU, INC., VIZIO, INC., NINTENDO CO., LTD., NINTENDO OF AMERICA INC.,**
*Appellees*

---

Decided:  June 16, 2025
Precedential Opinion

---

Please make the following changes:

On page 12, line 11, the phrase "is obvious" should be changed to "would have been obvious." As a result, the sentence should read: "First, Ancora argues that the Board erred in determining claim 1 would have been obvious in light of the Hellman/Chou combination because this combination is inoperable."

2

On page 15, lines 8–9, the phrase "the Board did not clearly err in finding" should be changed to "the Board's finding," and the following phrase should be added to the end of the sentence: "was supported by substantial evidence."  As a result, the sentence should read: "The AMI press release and agreement were directed to commercialization plans for "BIOS-based security *products*," J.A. 44 (emphasis added), and the Board's finding that Ancora did not link up those products to the challenged claims was supported by substantial evidence."